James Francis **HILL**, Appellant

v.

**Dr. R. O. SETTLE, Warden.**

**No. 16560.**

United States Court of Appeals
Eighth Circuit.

Aug. 3, 1960.

James Francis Hill, pro se.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed without payment of fee; leave to proceed further in forma pauperis denied; appointment of counsel denied; appeal dismissed as frivolous.

**V. Lee PHILLIPS, Dist. Dir. of Int. Rev., et al., Appellant**

v.

**WOLVERINE INSURANCE COMPANY et al.**

**No. 16152.**

United States Court of Appeals
Eighth Circuit.

Aug. 10, 1960.

Charles K. Rice, Asst. Atty. Gen., for appellants.

Charles F. Stilwill and Kenneth T. Wilson, Sioux City, Iowa, for appellees.

PER CURIAM.

Appeal dismissed pursuant to stipulation of parties. D.C., 165 F.Supp. 335.

**UNITED STATES of America, Appellant**

v.

**Viola GREENBERG.**

**No. 16440.**

United States Court of Appeals
Eighth Circuit.

Aug. 22, 1960.

Charles K. Rice, Asst. Atty. Gen., for appellant.

David E. Beber and Yale Richards, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either parties, on stipulation of parties.

**FORTUNA–WERKE SPEZIALMASCHI-NENFABRIK AKTIENGESELL-SCHAFT, Appellant**

v.

**MANUFACTURERS SUPPLIES CO.**

**No. 16295.**

United States Court of Appeals
Eighth Circuit.

Sept. 8, 1960.

Jennings Bailey, Jr., Washington, D. C., Edmund C. Rogers and Estill E. Ezell, St. Louis, Mo., for appellant.

John H. Sutherland, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on request of appellant.